JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. MOORE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID HOLBROOK,<br><br>　　　　　Respondent. | Case No. 2:24-cv-06830-FLA (E)<br><br>**JUDGMENT** |

　　Pursuant to the Order of Dismissal, IT IS ADJUDGED that the Petition is DENIED and DISMISSED without prejudice.

Dated: January 27, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　United States District Judge

1